**FILED**

January 28, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
                    NM
                              DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

ANGEL C GONZALES,                  §
                                   §
        **Plaintiff,**    §
                                   §
v.                                 §
                                   §    **NO. SA-25-CV-01177-OLG**
                                   §
FREEDOM MORTGAGE                   §
CORPORATION,                       §
                                   §
        **Defendant.**    §

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R), filed December 5, 2025, concerning Defendant's Motion to Dismiss Plaintiff's Complaint. (*See* R&R, Dkt. No. 15.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). A copy of the R&R was mailed by certified mail on December 8, 2025, and received on December 11, 2025. (*See* Dkt. No. 16.)

Because no party has objected to the Magistrate Judge's findings or recommendations, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made.") After such review, the Court finds that the R&R is neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 15) and, for the reasons set forth therein, Defendant's Motion to Dismiss Plaintiff's Complaint (Dkt. No. 6) is **GRANTED**, and Plaintiff's claims are **DISMISSED**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on January ___28___, 2026.

ORLANDO L. GARCIA
United States District Judge

2